**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAYMOND H. DICKERSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **FIRST JUDICIAL DIST. COURT OF** | : | **NO. 13-5041** |
| **COMMON PLEAS, et al.** | : | |

## O R D E R

AND NOW, this 23rd day of September, 2013, upon consideration of plaintiff's complaint, IT IS ORDERED that:

1. The complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii) for the reasons discussed in the Court's Memorandum.

2. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

**HARVEY BARTLE, III, J.**