IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RAYMOND H. DICKERSON | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| FIRST JUDICIAL DIST. COURT OF COMMON PLEAS, et al. | : | NO. 13-5041 |

### O R D E R

AND NOW, this 23rd day of September, 2013, upon consideration of plaintiff's complaint, IT IS ORDERED that:

1. The complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii) for the reasons discussed in the Court's Memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Harvey Bartle
HARVEY BARTLE, III, J.